

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-13-00777-CR

Style:                  Kenneth Cooper McAfee

                         v. The State of Texas

Date motion filed[*]:      March 3, 2014

Type of motion:        Extension of time to file appellant's brief

Party filing motion:     Appellant

Document to be filed:    Appellant's brief

Is appeal accelerated?     No

If motion to extend time:
      Original due date:             January 10, 2014
      Number of previous extensions granted:    1         Current Due date:  March 4, 2014
      Date Requested:            June 16, 2014

Ordered that motion is:

    ☑   Granted in part, denied in part

          If document is to be filed, document due:  April 4, 2014

          ☑       The Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

   **No further extensions will be granted.  If the brief is not filed by April 4, 2014, the Court may set a date for appellant's counsel to appear and show cause why appellant's brief was not timely filed.**

Judge's signature:   /s/ Justice Evelyn V. Keyes
                    ☒ Acting individually   ☐ Acting for the Court

Panel consists of   _____

Date:  March 11, 2014